# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID TAPIA-TOVAR, *et al.*, ) | |
| ) | Case No. 3:11-cv-102 |
| Plaintiffs, ) | |
| ) | JURY DEMAND |
| v. ) | |
| ) | District Judge Campbell |
| BRADLEY EPLEY, *et al.*, ) | |
| ) | Magistrate Judge Knowles |
| Defendants. ) | |

## REVISED CASE MANAGEMENT ORDER

A case management conference in this action was held before the Court March 13, 2012. The Case Management Order is hereby revised as follows:

The target trial date for this action is **January 22, 2013** (jury trial).

All discovery shall be completed no later than **July 2, 2012**. All discovery-related statements and motions shall be filed no later than **July 12, 2012**.

All dispositive motions shall be filed no later than **August 2, 2012**.

It is so **ORDERED.**

**ENTERED** this the ___ day of March, 2012.

_____
E. Clifton Knowles
United States Magistrate Judge