UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DAVID TAPIA-TOVAR, et al.** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11-0102 |
| | ) | Judge Campbell/Knowles |
| **BRADLEY EPLEY, et al.** | ) | |

**O R D E R**

Pending before the Court is Plaintiffs' Motion for to Extend Discovery Deadlines. Docket Entry No. 53. This Motion is granted, and the undersigned recommends the trial date be continued. The following deadlines are extended as follows:

1. The Discovery deadline is November 5, 2012.

2. The deadline for filing discovery-related motions is November 16, 2012.

3. All dispositive motions shall be filed on or before December 3, 2012.

4. The target trial date is April 30, 2013.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge