IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID TAPIA-TOVAR, ANA MARIA VAZQUEZ, <br><br>     Plaintiffs, <br><br> v. <br><br> BRADLEY EPLEY, Deportation Officer, United States Immigration and Customs Enforcement ("ICE") Nashville Fugitive Operations Team (NSVFOT); LEE WORSHAM, Deportation Officer, ICE NSVFOT, JOHN DOE ICE AGENT, Deportation Officer, ICE NSVFOT; <br><br>     Defendants. | Case No.: 3:11-cv-0102 <br><br> District Judge Campbell <br><br> Magistrate Judge Knowles |

## AGREED ORDER OF DISMISSAL

The parties, Plaintiffs David Tapia-Tovar and Ana Maria Vazquez, and Defendants Bradley Epley and Lee Worsham, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against the named federal Defendants. Said dismissal shall be without prejudice for a period of ninety (90) days, within which the parties may formalize and implement the terms and conditions of their settlement. The dismissal shall be with prejudice ninety (90) days following the entry of this Order on the docket, unless other action is taken by the Court upon the petition of either party.

It is so **ORDERED**.

**ENTERED** this the _____ day of March 2013.

                                                  TODD J. CAMPBELL
                                                UNITED STATES JUDGE

**APPROVED FOR ENTRY:**

By: <u>s/Michael L. Roden</u>
      **S. DELK KENNEDY, JR.**, B.P.R. #009799
      **MICHAEL L. RODEN**, B.P.R. #010595
      Assistant United States Attorney
      110 Ninth Avenue, South, Suite A-961
      Nashville, Tennessee 37203
      Telephone: (615) 736-5151
      *Attorney for Defendants, Bradley Epley and Lee Worsham*

      OF COUNSEL:

      **STEVEN G. OHRVALL**
      Associate Legal Advisor
      District Court Litigation Division
      Office of the Principal Legal Advisor
      U.S. Immigration and Customs Enforcement
      7701 N. Stemmons Frwy, 8th Floor
      Dallas, TX 75247


By: <u>s/Elliott Ozment w/permission</u>
      **ELLIOTT OZMENT**, B.P.R. #004331
      **R. ANDREW FREE**, B.P.R. #30513
      **TRICIA HERZFELD**, B.P.R. #026014
      Immigration Law Offices of Elliott Ozment
      1214 Murfreesboro Pike
      Nashville, TN 37217
      Telephone: (615) 321-8888
      *Attorneys for Plaintiffs*